UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROSE JOHNSON                                          CIVIL ACTION

VERSUS                                               14-43-SDD-RLB

FLUOR CORPORATION

**JUDGMENT**

For the reasons outlined in this Court's *Ruling*[1] dated March 31, 2016 in the above captioned matter;

*Judgment* is hereby rendered in favor of Defendant, Fluor Maintenance Services, Inc., and Plaintiff's claims are dismissed with prejudice.

Signed in Baton Rouge, Louisiana on April 1, 2016.

_____
**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 36.